No. A–1179. COWN ET AL. *v.* VANDERHOOF, GOVERNOR OF COLORADO. Application for writ of habeas corpus or in the alternative to transfer the cause to the appropriate United States District Court for a hearing (28 U. S. C.

§ 2241 (b)) presented to Mr. Justice White, and by him referred to the Court, denied.